UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:19-cr-00323 |
| v. | ) | |
| | ) | |
| | ) | |
| CONLEY JOHNSON | ) | |

**MOTION TO UNSEAL INDICTMENT**

The United States of America, by its attorneys Donald Q. Cochran, United States Attorney for the Middle District of Tennessee for the administration of this case, and Amanda J. Klopf, Assistant United States Attorney, requests that this Court unseal the indictment.

                                                Respectfully submitted,
                                                DONALD Q. COCHRAN
                                                UNITED STATES ATTORNEY

                                                By:_____/s/_____
                                                Amanda J. Klopf
                                                Assistant United States Attorney
                                                110 9th Avenue South - Suite A-961
                                                Nashville, Tennessee 37203
                                                Telephone: (615) 736-5151